**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>M. DAVID FESKO,<br><br>Defendant. | Case No. 2:20-cv-00367-APG-EJY<br><br>**ORDER** |

Before the Court is the United States of America's Motion for Extension of Time to Substitute Personal Representative as Defendant Pursuant to Fed. R. Civ. P. 25 (Second).  ECF No. 9.  Based on the representations in the Motion, the Court finds the United States establishes good reason for the 90 day extension requested.

Accordingly, IT IS HEREBY ORDERED that the Motion for Extension of Time to Substitute Personal Representative as Defendant Pursuant to Fed. R. Civ. P. 25 (ECF No. 9) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff, the United States, shall have through and including December 14, 2020 to file a motion for substitute under Fed. R. Civ. P. 25(a)(1).

Dated this 3rd day of November, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE