# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>M. DAVID FESKO,<br><br>Defendant. | Case No. 2:20-cv-00367-APG-EJY<br><br>**ORDER** |

Before the Court is the United States of America's Motion for Extension of Time to File Motion to Substitute Representative as Defendant Pursuant to Fed. R. Civ. P. 25 (Fourth). ECF No. 13. Plaintiff seeks an extension of time to file a motion to substitute because the "probate court has not yet made a decision as to who will be appointed the Special Administrator or Personal Representative for the Estate of M. David Fesko for purposes of outstanding litigation." *Id*. ¶ 14. Based on the representations in Plaintiff's Motion, the Court finds the United States establishes good reason for the 120-day extension requested.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to File Motion to Substitute Representative as Defendant Pursuant to Fed. R. Civ. P. 25 (Fourth) (ECF No. 13) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall have through and including July 13, 2021 to file a motion for substitute under Fed. R. Civ. P. 25(a)(1).

DATED THIS 15th day of March, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE