Taylor L. Waite, Special Administrator
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
Telephone: (702) 476-5900
Facsimile: (702) 924-0709
taylor@clearcounsel.com
*Special Administrator of the Estate
Of M. David Fesko*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>M. DAVID FESKO,<br><br>Defendants. | Case No. 2:20-cv-00367-APG-EJY<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |

### Motion

Defendant, Taylor L. Waite, Special Administrator of the Estate of M. David Fesko ("Defendant"), moves the Court to extend the time for Defendant to respond to the complaint by 120 days to give the parties the opportunity to continue their global settlement discussions. Mr. Waite and Counsel for the United States, Jeremy N. Hendon, corresponded via email regarding the request to extend the time pending further settlement discussions. Mr. Hendon stated that the United States does not oppose the requested relief and that he agrees to waive personal service of this motion under Fed. R. Civ. P. 4, as required by Fed. R. Civ. P. 25(a)(c), and instead receive service by email. *See* Email exchange between Jeremy N. Hendon and Taylor Waite, a true and correct copy of which is attached.

### Memorandum of Points and Authorities

The United States, the Estate of M. David Fesko, and the heirs of M. David Fesko (his widow and three sons) have been involved in detailed global settlement discussions with the Chapter 7 Trustee for the bankruptcy action filed by M. David Fesko before his death to resolve all claims against the parties. Those extensive discussions are ongoing, and the United States and Mr. Waite, as special administrator of the Estate of M. David Fesko, respectfully request the Court

extend the time for Defendant to file a response to the complaint in this action by 120 days from the date of filing an order regarding the instant Motion. This will allow those detailed global settlement discussions to proceed.

For the foregoing reasons, Taylor Waite, as special administrator of the Estate of M. David Fesko, requests the Court grant this motion to extend the deadline for Defendant to file a response to the complaint by 120 days form the date the Court issues its order.

Dated: May 12, 2022.

Taylor L. Waite, Special Administrator

*/s/ Taylor L. Waite*
Taylor L. Waite
*Special Administrator of the Estate of M. David Fesko*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  May 13, 2022